# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| KiewitPhelps | ) | ASBCA No. 60850 |
| | ) | |
| Under Contract No. W9128F-12-C-0023 | ) | |

APPEARANCES FOR THE APPELLANT:
Vivian Katsantonis, Esq.
Richard G. Mann, Jr., Esq.
John F. Finnegan III, Esq.
   Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
   McLean, VA

APPEARANCES FOR THE GOVERNMENT:
Michael P. Goodman, Esq.
   Engineer Chief Trial Attorney
Thomas J. Ingram, Esq.
   Engineer Trial Attorney
   U.S. Army Engineer District, Omaha

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 May 2018

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60850, Appeal of KiewitPhelps, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals